UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEREK L. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00705-JRS-TAB |
| | ) | |
| DUSTIN CASTER, | ) | |
| HEALTH CARE PROVIDER, | ) | |
| UNKNOWN OFFICIALS AND PERSONEL, | ) | |
| HAMILTON COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**Order on Motion to Proceed *In Forma Pauperis***

The plaintiff's motion to proceed *in forma pauperis*, dkt. [19], is **granted** to the extent that the plaintiff is assessed an initial partial filing fee of Four Dollars and Eighty-Six Cents ($4.86). *See* 28 U.S.C. § 1915(b)(1); *Whitaker v. Dempsey*, 83 F.4th 1059, 1061 (7th Cir. 2023) (stating that even a prisoner with $2000 in assets might be eligible to proceed *in forma pauperis*). The plaintiff shall have **through July 11, 2025**, in which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated to make monthly payments of 20 percent of the preceding month's income each month that the amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with 28 U.S.C. § 1915A.

Date: 6/12/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DEREK L. BOYD
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN 46060

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov


Financial Deputy Clerk