# UNITED STATES DISTRICT COURT
## INDIANAPOLIS DIVISION

Derek Lee Boyd — Local Rule 7.1

Federal Cases — 1:25-cv-705-JRS-TAB
&
1:25-cv-1079-TWP-MG

## LOCAL RULE FED. R. CIV. P. 7.1

Please Supply in both Cases Notice. Comes Plaintiff, supplying the Federal Court information, if it is required, so the named Defendant's dont claim Summon's is not served to it's Registered Agent in accordance with local Rule P. 7.1, the Comprehensive Correctional Care has a Registered Agent at:

"Capitol Corporate Services, Inc., 828 Lane Allen Road — Suite 219 Lexington, Kentucky 40504 ", or;

See Case :

Grace v. Christian Cnty Jail Det. Ctr., 2024 U.S. Dist. Lexis 122845, 2024 WL, 3402534 (W. Dist. Kentucky, July 11, 2024)

It's requested to follow suit in aforementioned civil case and the Honorable Judges name involved who identified the following information or Honorable Joseph H. McKinley Jr.,

He states:

" West Kentucky Correctional Healthcare, LLC is doing business as '3CCC', and Comprehensive Correctional Care."

" West Kentucky Correctional Healthcare LLC., 34 U.S. Highway 68 East Unit A Benton, Kentucky 42025 "

Hamilton County Jail Produced address of:

" Comprehensive Correctional Care P.O. Box 735 Benton Kentucky 42025 "

It's proposed to send service to all 3 address your Honor and Clerk. The chance of not being properly served as injuries are occurring and the inadequate healthcare service potentially can be avoided.

# UNITED STATES DISTRICT COURT
# INDIANAPOLIS DIVISION

## INCORPORATED DECLARATION UNDER U.S.C.S § 1746 AND/OR U.S.C.S. § 1745

I, hereby verify, declare, affirm, confirm, certify and believe, unsworn, pursuant to the U.S.C.S § 1746, and U.S.C.S. § 1745, statutes or language as described, all the foregoing are fact, facts, statements are true, to the best of my knowlege and belief, and, as to belief, I believe them to be true. Signed and declared below, Under the Penalty of Perjury. Authorized by Signing below.

Declared this 9th day of 2025, in the month of July.

/S/ Derek Lee Boyd Pro-Se
Declarant-Affiant

## CERTIFICATE OF SERVICE

I certify a copy of the following was mailed.

/S/ Derek Lee Boyd  Dated: 7/9/2025

UNITED STATES DISTRICT COURT
FOR THE Southern District of Indiana
Indianapolis Division

NOTICE

**Federal Rule of Civil Procedure 7.1** requires the following <u>upon case filing or first appearance</u>:

- **A nongovernmental corporate party or intervenor** must file a corporate disclosure statement.
- **Each party or intervenor in a case based on diversity jurisdiction** must file a statement naming and identifying the citizenship of that party or intervenor. Determining citizenship can be complex and may require you to research, among other things, the nature of the entity, the entity's location of incorporation and principal place of business, and the citizenship of members of unincorporated associations.

**Rule 7.1. Disclosure Statement**

1. **Who Must File; Contents.**
    1. *Nongovernmental Corporations.* A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that:
        1. identifies any corporation and any publicly held corporation owning 10% or more of its stock; or
        2. states that there is no such corporation.
    2. *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:
        1. when the action is filed in or removed to federal court, and
        2. when any later event occurs that could affect the court's jurisdiction under §1332(a).
2. **Time to File; Supplemental Filing.** A party, intervenor, or proposed intervenor must:
    1. file the disclosures statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    2. promptly file a supplemental statement if any required information changes.

Your timely and strict compliance with Rule 7.1 is expected. Thank you.

s/Kristine L. Seufert
Kristine L. Seufert, Clerk
United States District Court
Southern District of Indiana



# HAMILTON COUNTY
## INDIANA

**LEGAL DEPARTMENT**

Connor Sullivan
County Attorney

David Boyer
Assistant County Attorney

Indiana Political Subdivision Risk Management Commission
311 West Washington St., Suite 103
Indianapolis, Indiana 46204;

Adam Willfond
Assistant County Attorney

Andrew Upchurch
Assistant County Attorney

May 7, 2025

Derek Boyd
#188300
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN 46060

Comprehensive Correctional Care
P.O. BOX 735
Benton, Kentucky 42025

RE:   Tort claim notice served on Hamilton County

Dear Mr. Boyd:

Hamilton County has received your tort claim notice and is in the process of investigating the same.

If the County has interest in settling your claim, you will be contacted and sent the required forms for completion. Those forms are prerequisites for any settlement to occur. If Hamilton County denies your tort claim, you will be informed in due course. Further, any tort claim not settled within ninety (90) days of receipt is deemed denied by operation of law.

Finally, no duty or requirement exists for Hamilton County to notify or serve the correct governmental entity with your tort claim notice if it is determined that your claim was served on an incorrect party.

CC:
Hamilton County-Council
1 North 8th Street - Suite 157
Noblesville Indiana 46060;
And,
Hamilton county Legal Department
One Hamilton Square - Suite 306
Noblesville, Indiana 46060

Respectfully,

Hamilton County Legal Department

Hamilton County Sheriff Office
18100 Cumberland Road
Noblesville Indiana
46060

Derek Boyd - Pro-se
18102 Cumberland Road
Noblesville Indiana 46060

Legal Mail

INDIANAPOLIS IN 460
11 JUL 2025 PM 2 L

FILED
JUL 14 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of U.S. District Court
46 East Ohio Street
Indianapolis, Indiana 46204

46204-199999