# UNITED STATES DISTRICT COURTS
## INDIANAPOLIS DIVISION

Derek Lee Boyd - Limited Appearance

Cases   1:25-cv-1079-TWP-MG

1:25-cv-705-JRS-TAB

## PLEASE RECORD BOTH CASES ADDRESS UPDATE TO CLERK AND COURT'S

Plaintiff is Sentenced to IDOC and is still being held at Hamilton County Jail being Charged 3.96 for 2 Envelopes and being limited to 2 single Stamped envelopes per week. The Facility will not supply the proper access to Court to pursue relief. Court appointed Counsel is ask to be Considered until I leave this Jail. I am Still at:

Derek Boyd - Pro-se
18102 Cumberland Rd.,
Noblesville Indiana
46060

Derek Boyd
18102 Cumberland Road
Noblesville, Indiana 46060

Legal Federal Mail

FILED
AUG 08 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of U.S. District Court
46 E. Ohio Street
Indianapolis, Indiana 46204

Hamilton County Jail
18102 Cumberland Rd
Noblesville, IN 46060

Attorney Client
Privilege



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019