UNITED STATES DISTRICT COURT

1:25-cv-705-JRS-TAB

1:25-cv-1079-TWP-MG

1:25-cv-741-JPH-MJD

# CONSENT TO E-FILE, NOTICE TO COURTS ADDRESS UPDATE

E-File by Court is consented to. Now comes plaintiff notifying the Court and party the address is now at:

Branchville Correctional Facility,
21390 Old State Road 37
Branchville Indiana 47514-9042

Respectfully Submitted,

Derek Lee Boyd

8-25-25

Name: Derek Boyd  E-514-Lower
DOC # 273502  Location
BRANCHVILLE CORRECTIONAL FACILITY
INDIANA DEPARTMENT OF CORRECTION
21390 OLD STATE RD 37
BRANCHVILLE, IN 47514-9042

This stamp identifies this correspondence as having been mailed by an offender incarcerated at the above named facility. Warning: Not responsible for contents. Any closed money orders should be referred to your local postmaster before cashing.

FILED
AUG 29 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

US POSTAGE
$ 000.74
ZIP 47514
0008028330 AUG 26 2025

FIRST-CLASS
LOUISVILLE KY 400
27 AUG 2025 PM 3 L

Clerk of U.S. District Court
46 East Ohio Street
Indianapolis Indiana 46204

46204-199999