# UNITED STATES DISTRICT COURT
# INDIANAPOLIS DIVISION

## INCORPORATED DECLARATION UNDER U.S.C.S § 1746 AND/OR U.S.C.S. § 1745

**FILED**
**10/07/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

I, hereby verify, declare, affirm, confirm, certify and believe, unsworn, pursuant to the U.S.C.S § 1746, and U.S.C.S. § 1745, statutes or language as described, all the foregoing are fact, facts, statements are true, to the best of my knowlege and belief, and, as to belief, I believe them to be true. Signed and declared below, Under the Penalty of Perjury. Authorized by Signing below.

Declared this 6th day of 2025, in the month of October.

/s/ Derek Lee Boyd   Pro-Se
Declarant-Affiant

## CERTIFICATE OF SERVICE

I certify a copy of the following was mailed. A Notice to the Court for Pre-Screening Order Reviewing.

/s/ Derek Lee Boyd   Dated: 10/6/2025

20 of 20