SCANNED at BCF and Emailed on
10/31/25 by PM - 2 pages.
(date) (initials) (num)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEREK BOYD,

    Plaintiff,

vs.

Dustin Caster et al.,
HAMILTON COUNTY SHERIFF'S OFFICE,
DENNIS QUAKENBUSH, DUSTIN CASTOR,
COMPREHENSIVE CORRECTIONAL CARE,
HAMILTON COUNTY COUNCIL, and
HAMILTON COUNTY BOARD OF COMMISSIONERS,

    Defendants.

Case No. 1:25-cv-705-URS-TAB

FILED 10/31/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## DEFENDANT COMPREHENSIVE CORRECTIONAL CARE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Comprehensive Correctional Care, hereby files its Corporate Disclosure Statement pursuant to FED.R.CIV.P. 7.1 as follows:

1. The correct name of the company is West Kentucky Correctional Healthcare, LLC d/b/a Comprehensive Correctional Care.

2. The parent company of West Kentucky Correctional Healthcare, LLC d/b/a Comprehensive Correctional Care is FGC CorrMed, LLC.

3. No publicly-owned entity owns 10% or more of West Kentucky Correctional Healthcare, LLC d/b/a Comprehensive Correctional Care.

DREWRY SIMMONS VORNEHM, LLP

/s/ Melanie A. Kalmbach
SEAN T. DEVENNEY, #21440-53
MELANIE A. KALMBACH, #34800-49

1

*Disseminate to*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served with the Clerk of the Court on this 31 day of October 2025 using the CM/ECF system which sent notification of this filing or by placing it in the U.S. Mail, postage pre-paid, to the following:

Derek Lee Boyd (#273507)  
BRANCHVILLE CORRECTIONAL FACILITY  
21390 Old State Road 37  
Branchville, IN 47514  
*Pro Se Plaintiff*

Adam S. Willfond  
HAMILTON COUNTY LEGAL DEPARTMENT  
One Hamilton County Square, Suite 306  
Noblesville, IN 46060  
Adam.Willfond@hamiltoncounty.in.gov  
*Counsel for Hamilton County Sheriff's Office, Dennis Quakenbush, Dustin Castor, Hamilton County Council and Hamilton County Board of Commissioners*

*Letter sent to Counsel at:*

/s/ *Melanie A. Kalmbach*  
Melanie A. Kalmbach

Sean T. Devenney, #21440-53  
Melanie A. Kalmbach, #34800-49  
**DREWRY SIMMONS VORNEHM, LLP**  
736 Hanover Place, Suite 200  
Carmel, IN 46032  
Ph: (317) 713-6046  
Fax: (317) 580-4855  
sdevenney@dsvlaw.com  
mkalmbach@dsvlaw.com