Case 1:25-cv-00705-JRS-TAB   Document 53   Filed 01/07/26   Page 1 of 1 PageID #: 352

FILED
01/07/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

UNITED STATES DISTRICT COURTS

Case   1:25-CV-705-JRS-TAB

Derek Boyd v. Dustin Caster et. al., Defendant's.

# MOTION TO DISMISS CASE WITH-OUT PREJUDICE

So prejudice does not ensue this is justified. Comes Plaintiff, requesting temporary dismissal of the case pending out-come of the related case 1:25-CV-2145-JPH-MKK. Due to that filing fee paid, limitations on this case due to being struck-out, it's legally justifiable to allow the case be dismissed without prejudice. So the ball is in One Court with full authority to redress the wrong's that are related. It would allow the Honorable Judge Hanlon execute authority with-out defense arguing Collateral estoppel/Judicial estoppel. Due to limitation of "imminent danger" PLRA stipulation, please dismiss this case with-out prejudice your Honor.

Respectfully Submitted,
Derek Lee Boyd
Date 01/07/2026

Pg 1 of 1