SCANNED at BCF and Emailed on 1/27/26 by PM - 1 pages.

# UNITED STATES DISTRICT COURT

Case No. 1:25-cv-705-JRS-TAB

Derek Boyd v. Dustin Caster et. al., Defendants.

## MOTION TO DISMISS FOR FAILURE TO FULLY EXHAUST REMEDIES

Comes Plaintiff, requesting the Honorable Judge dismiss the case with-out prejudice. Due to being Futile, not in Compliance with P.L.R.A. The Grievance policy was not fully exhausted until 4-23-25 and this initially filed 4-11-25 out of desperation attempting to get healthcare. Not exhausting all remedy before filing bars most claims your Honor. It can be refiled on release 11-12-26 without the Imminent danger exception restriction. Consider and GRANT the Voluntary dismissal your Honor. The related case has 168 exhausted grievance before filing.

Respectfully Submitted,

Derek Lee Boyd